# EXHIBIT C

eRecorded in Philadelphia PA   Doc Id: 52757306
03/07/2014 12:59PM   Receipt#:
ASSURANCE ABSTRACT CO. Page 1 of 3
Commissioner of Records   Rec Fee: $203.00
State RTT:   Local RTT:   Doc Code: A

Prepared By:
DAMIEN THOMAS
GATEWAY FUNDING
DIVERSIFIED MORTGAGE
SERVICES L.P.
61 S. MORTON AVENUE,
SUITE 2
MORTON, PA 19070
(610) 541-0168

Received by PHFA

MAY 21 2014

Homeownership Programs

Return To:
GATEWAY FUNDING
DIVERSIFIED MORTGAGE
SERVICES, LP
300 WELSH ROAD, BUILDING 5
HORSHAM, PA 19044
(610) 541-0168

Certified True Copy in place
of the Original Document

*Above space is intentionally left blank for recording data.*

## ASSIGNMENT OF MORTGAGE



For value received, the undersigned, GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES L.P., (Originating Lender) does hereby grant, sell, convey, assign and deliver unto the PENNSYLVANIA HOUSING FINANCE AGENCY, its successors and assigns, the following described Mortgage, together with the Note secured thereby:

Name of Original Mortgagor(s):   SHAWN SLOAN AND ANDREA BOOZER
Secured by the real property located at:   6453 N 17TH STREET
PHILADELPHIA, PA 19126

Original Principal Amount of Mortgage: $137,362.00   Mortgage Dated: FEBRUARY 28, 2014
County Recorded in: PHILADELPHIA   Municipality: PHILADELPHIA

Recorded simultaneously with the above referenced Mortgage OR reference the mortgage information below if required by the county.

The recording information is as follows: Mortgage Recording Date: _____
Record Book _____ Page _____ or Instrument Number: _____

December 2010
6958.5                                        Page 1 of 2                                     PHFA Form 20



527573    Page 2 of 3
03/07/2014 12:59PM

IN WITNESS WHEREOF, the undersigned, has caused this Assignment of Mortgage to be executed by its duly authorized officer.

Date: FEBRUARY 28, 2014

GATEWAY FUNDING DIVERSIFIED
MORTGAGE SERVICES L.P.
(ORIGINATING LENDER)

By: _Marlene Vanderpat_
    Marlene Vanderpat

Title: Vice President

COMMONWEALTH OF PENNSYLVANIA     :
COUNTY OF Montgomery             : SS
                                 :

On this, the 28th day of February 2014, before me, the undersigned officer, personally appeared Marlene Vanderpat, an authorized officer of GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES L.P., known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he/she, being authorized to do so, executed the foregoing instrument for the purposes therein contained.

In witness whereof, I have hereunto set my hand and official seal.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
FREDA A. PHILLIPS, Notary Public
Horsham Twp., Montgomery County
My Commission Expires June 29, 2014

My Commission Expires: 6/29/2014

### CERTIFICATE OF RESIDENCE OF ASSIGNEE

The below officer certifies that the principal business and mailing address for this assignment and assignee is: PHFA, 211 North Front Street, Harrisburg, PA 17101

_Veronica Reichardt_

December 2010
6958.5                      Page 2 of 3                      PHFA Form 20



**Fidelity National Title**
Insurance Company

**SCHEDULE C**
**DESCRIPTION**

File No                                                   Comm

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

SITUATE on the easterly side of 17th Street (60 feet wide) at the distance of 399 feet 3 inches Northward from the North side of Chelten Avenue (70 feet wide) in the 50th Ward of the City of Philadelphia, County of Philadelphia and the Commonwealth of Pennsylvania.

CONTAINING in front or breadth on the said 17th street 15 feet 5-1/2 inches and extending of that width in length or depth Eastward between parallel lines at right angles with the said 17th Street 90 feet to the center of a certain 15 feet wide driveway which extends South from 65th Avenue North, parallel with the said 17th Street, and communicates at its Southern end thereof with a certain other 15 feet wide driveway leading from the said 17th Street eastwardly to Smedley Street.

TOGETHER with the free and common use, right, liberty and privilege of the aforementioned driveways to use the same as and for passageway and watercourse at all times hereafter forever.

BEING No. 6453 North 17th Street.

BEING the same premises which Jewell Williams, Sheriff of Philadelphia County by Deed Poll dated 2/26/2013 and recorded 3/15/13 in Philadelphia County in Deed Book as ID#52610864 granted and conveyed unto Corestates Group, LLC (a PA Limited Liability Company), in fee.

3

## SIGNATURE/NAME AFFIDAVIT

Date: FEBRUARY 28, 2014

Lender: GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES L.P.

Borrower(s): SHAWN SLOAN
ANDREA BOOZER



I, the undersigned Borrower, state that I am one and the same person named in the Note and Security Instrument. I also swear and affirm that the signature below is my true and exact signature for execution of the loan documentation.

I hereby certify that:
SHAWN J SLOAN, SHAWN J SLOAN SR

is one and the same person.

SHAWN SLOAN
(Print or Type Name)

Signature _____    Date: 02-28-2014

State of ___PA___
County of __Phila__

On this _____ day of __February__ 2014, before me, the undersigned, a Notary Public in and for said State, personally appeared SHAWN SLOAN known to me, or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

Signature _____

My Commission Expires: _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHARLES J. ZONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 17, 2014

865.58

## SIGNATURE/NAME AFFIDAVIT

Date: FEBRUARY 28, 2014

Lender: GATEWAY FUNDING DIVERSIFIED MORTGAGE SERVICES L.P.

Borrower(s): SHAWN SLOAN
ANDREA BOOZER

SLOAN

I, the undersigned Borrower, state that I am one and the same person named in the Note and Security Instrument. I also swear and affirm that the signature below is my true and exact signature for execution of the loan documentation.

I hereby certify that:

ANDREA S RANDOLPH, ANDREA S RANDOLPHBOOZER, ANDREA RANDOLPH, ANDREA RANDOLPH-BOOZER

is one and the same person.

ANDREA BOOZER
(Print or Type Name)

Signature: _Andrea Boozer_     Date: 02.28.2014

State of PA
County of Phily

On this 28th day of February 2014, before me, the undersigned, a Notary Public in and for said State, personally appeared ANDREA BOOZER known to me, or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

Signature: _____

My Commission Expires: _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHARLES J. ZONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 17, 2014

865.58                                  Page 1 of 1