# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrea S. Boozer aka Andrea S Randolph<br>　　　　　　　　Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　　Movant<br>　vs.<br><br>Andrea S. Boozer aka Andrea S Randolph<br>　　　　　　　　Debtor(s)<br>Shawn Sloan<br>　　　　　　　　Co-Debtor<br><br>Kenneth E. West Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 19-14372 PMM<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## CERTIFICATE OF SERVICE

I, Michael P. Farrington, attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of PENNSYLVANIA HOUSING FINANCE AGENCY for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on June 14, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Andrea S. Boozer aka Andrea S Randolph
6453 North 17th Street
Philadelphia, PA 19126

Co-Debtor(s)
Shawn Sloan
6453 North 17th Street
Philadelphia, PA 19126

Attorney for Debtor(s)
Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
**VIA ECF**

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**VIA ECF**

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Date: June 14, 2023

/s/ Michael P. Farrington
_____
Michael P. Farrington, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant