United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-14372-pmm
Andrea S Boozer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Sep 13, 2023 | Form ID: pdf900 | Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea S Boozer, 6453 N 17th Street, Philadelphia, PA 19126-3513 |
| 14355514 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14394798 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14403915 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2023 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2023 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: blegal@phfa.org | Sep 13 2023 23:48:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, Pa 17101-1406 |
| 14355510 | + | Email/Text: broman@amhfcu.org | Sep 13 2023 23:48:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14417986 | | Email/Text: megan.harper@phila.gov | Sep 13 2023 23:48:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14355511 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2023 23:47:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14355513 | | Email/Text: mrdiscen@discover.com | Sep 13 2023 23:47:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14359144 | | Email/Text: mrdiscen@discover.com | Sep 13 2023 23:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14355515 | | Email/Text: BNSFN@capitalsvcs.com | Sep 13 2023 23:47:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14375994 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 13 2023 23:48:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14355516 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 13 2023 23:48:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |
| 14355517 | ^ | MEBN | Sep 13 2023 23:45:04 | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14359363 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2023 | Form ID: pdf900 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 13 2023 23:51:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14355518 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2023 23:51:50 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14355519 | | Email/Text: blegal@phfa.org | Sep 13 2023 23:48:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14428960 | + | Email/Text: blegal@phfa.org | Sep 13 2023 23:48:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14367508 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Sep 13 2023 23:51:48 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14447411 | | Email/Text: ccubankruptcy.notices@maryland.gov | Sep 13 2023 23:47:00 | State of Maryland Central Collection Unit, 300 West Preston Street, Room 307, Baltimore, MD 21201 |
| 14356270 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 14 2023 00:02:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14364505 | + | Email/Text: bncmail@w-legal.com | Sep 13 2023 23:48:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14355520 | + | Email/Text: bncmail@w-legal.com | Sep 13 2023 23:47:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14355521 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 13 2023 23:47:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14355512 | | Consumer Portfolio Services |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Andrea S Boozer brad@sadeklaw.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2023 | Form ID: pdf900 | Total Noticed: 26 |

bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| ANDREA S BOOZER | |
| Debtor | Bankruptcy No. 19-14372-pmm |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Patricia M. Mayer
Bankruptcy Judge

**Date: September 12, 2023**