```
SHAWN SLOAN
ANDREA BOOZER
7090 ARBOR PKWY APT 1408
DOUGLASVILLE        GA 30135-1582


                ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

                              ACCOUNT HISTORY

       THIS IS ACTUAL ESCROW ACTIVITY IN YOUR ESCROW ACCOUNT FROM
       08/13/19 THROUGH 09/30/19.

                ACTUAL         ACTUAL                              ACTUAL
                ESCROW         ESCROW                              ESCROW
MO/YR           DEPOSIT        PAYMENTS     DESCRIPTION            BALANCE
STARTING BALANCE ..............................................    4,130.57-
08/19           353.45         137.61       FHA MIP                3,914.73-


       THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
       10/01/19 THROUGH 11/30/20.
       YOUR   MONTHLY   MORTGAGE PAYMENT FOR THE PAST YEAR WAS 1,172.00 OF WHICH
       716.55 WAS FOR PRINCIPAL AND INTEREST AND 390.86 WENT INTO YOUR ESCROW ACCOUNT
       AND 63.71 WAS FOR THE ESCROW SHORTAGE SPREAD.

        PROJ      ACTUAL     PROJ                      ACTUAL    PROJ       ACTUAL
        ESCROW    ESCROW     ESCROW                     ESCROW   ESCROW     ESCROW
MO/YR   DEPOSIT   DEPOSIT    PAYMENTS DESCRIPTION       PAYMENTS BALANCE    BALANCE
STARTING BALANCE  ...................................           1261.57    3914.73-
10/19   390.86    706.90 *   137.61 RBP MIP                 *    1514.82   3207.83-
10/19                                RBP MIP            137.61*  1514.82   3345.44-
11/19   390.86    353.45 *   137.61 RBP MIP                 *    1768.07   2991.99-
11/19                                RBP MIP            137.61*  1768.07   3129.60-
12/19   390.86           *   137.61 RBP MIP                 *    2021.32   3129.60-
12/19                                RBP MIP            137.61*  2021.32   3267.21-
01/20   390.86    353.45 *   137.61 RBP MIP                 *    2274.57   2913.76-
01/20                                RBP MIP            137.61*  2274.57   3051.37-
02/20   390.86           *   137.61 RBP MIP                 *    2527.82   3051.37-
```

EXHIBIT A

| MO/YR | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| 02/20 |  |  | 1635.24 | CITY TAX | 1473.11* | 892.58 | 4524.48- |
| 02/20 |  |  | 1403.79 | HAZARD | * | 511.21- | 4524.48- |
| 02/20 |  |  |  | RBP MIP | 137.61* | 511.21- | 4662.09- |
| 03/20 | 390.86 | 353.45 * | 137.61 | RBP MIP | 137.61 | 257.96- | 4446.25- |
| 04/20 | 390.86 | 353.45 * | 137.61 | RBP MIP | * | 4.71- | 4092.80- |
| 04/20 |  |  |  | RBP MIP | 134.58* | 4.71- | 4227.38- |
| 05/20 | 390.86 | 353.45 * | 137.61 | RBP MIP | * | 248.54 | 3873.93- |
| 05/20 |  |  |  | RBP MIP | 134.58* | 248.54 | 4008.51- |
| 05/20 |  |  |  | HAZARD | 1404.96* | 248.54 | 5413.47- |
| 06/20 | 390.86 | 353.45 * | 137.61 | RBP MIP | * | 501.79 | 5060.02- |
| 06/20 |  |  |  | RBP MIP | 134.58* | 501.79 | 5194.60- |
| 07/20 | 390.86 | 353.45 * | 137.61 | RBP MIP | * | 755.04 | 4841.15- |
| 07/20 |  |  |  | RBP MIP | 134.58* | 755.04 | 4975.73- |
| 08/20 | 390.86 | 353.45 * | 137.61 | RBP MIP | * | 1008.29 | 4622.28- |
| 08/20 |  |  |  | RBP MIP | 134.58* | 1008.29 | 4756.86- |
| 09/20 | 390.86 | 706.90 * | 137.61 | RBP MIP | * | 1261.54 | 4049.96- |
| 09/20 |  |  |  | RBP MIP | 134.58* | 1261.54 | 4184.54- |
| 10/20 |  | 6855.75 *Y |  | RBP MIP | 134.58*Y | 1261.54 | 2536.63 |
| 11/20 |  | 455.45 *Y |  | RBP MIP | 134.58*Y | 1261.54 | 2857.50 |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
MADE DURING THIS PERIOD EQUALING    4,690.35. UNDER FEDERAL LAW,
YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED    506.50
(NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
BALANCE SHOULD NOT HAVE EXCEEDED    511.21.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

```
                         ACCOUNT PROJECTION

        MORTGAGE INS        :      1,614.96
        CITY TAX            :      1,473.11
        HAZARD INS          :      1,404.96
        ------------------------------------
        ANNUAL DISBURSEMENTS :     4,493.03
              4,493.03 / 12 =        374.42 ESCROW PAYMENT

        PAYMENTS     PAYMENTS                    CURRENT BAL    REQUIRED BAL
MO/YR   TO           FROM        DESCRIPTION     PROJECTION     PROJECTION
BALANCE AS OF 11/30/20..........................   2,857.50      2,158.55
12/20   374.42        134.58     RBP MIP           3,097.34      2,398.39
01/21   374.42        134.58     RBP MIP           3,337.18      2,638.23
02/21   374.42        134.58     RBP MIP           3,577.02      2,878.07
02/21               1,473.11     CITY TAX          2,103.91      1,404.96
02/21               1,404.96     HAZARD              698.95           .00
03/21   374.42        134.58     RBP MIP             938.79        239.84
04/21   374.42        134.58     RBP MIP           1,178.63        479.68
05/21   374.42        134.58     RBP MIP           1,418.47        719.52
06/21   374.42        134.58     RBP MIP           1,658.31        959.36
07/21   374.42        134.58     RBP MIP           1,898.15      1,199.20
08/21   374.42        134.58     RBP MIP           2,137.99      1,439.04
09/21   374.42        134.58     RBP MIP           2,377.83      1,678.88
10/21   374.42        134.58     RBP MIP           2,617.67      1,918.72
11/21   374.42        134.58     RBP MIP           2,857.51      2,158.56

        THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS     2,857.50 . YOUR
        STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE    2,158.55 .

        THIS MEANS YOU HAVE A SURPLUS OF       698.95.   THIS SURPLUS MUST BE
        RETURNED TO YOU UNLESS IT IS LESS THAN $50, IN WHICH CASE WE HAVE THE
        ADDITIONAL OPTION OF KEEPING IT AND LOWERING YOUR PAYMENTS ACCORDINGLY.
        DUE TO THE DELINQUENT STATUS OF YOUR ACCOUNT, WE ARE HOLDING THE
        SURPLUS.
```

```
YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
     1,090.97 OF WHICH      716.55 WILL BE FOR PRINCIPAL AND
INTEREST AND      374.42 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
     PRINCIPAL AND INTEREST          716.55
     ESCROW PAYMENT                  374.42
                                 ---------------
NEW PAYMENT EFFECTIVE 12/01/20      1,090.97
```

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.