UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

Andrea S. Boozer,                    :    CASE NO. 19-14372-elf
      Debtor                      :
                                       :    CHAPTER 13
PENNSYLVANIA HOUSING FINANCE         :
AGENCY,                              :
      Movant                      :
    vs.                            :
                                       :
Andrea S. Boozer and                 :
William C. Miller, Trustee           :
      Respondents                 :

## CERTIFICATE OF SERVICE

    I, Leon P. Haller, attorney for Movant, certify under penalty of perjury that on October 21, 2020 I served or caused to be served the Notice of Mortgage Payment Change on the parties at the addresses shown below or on the attached list. The types of service made on the parties were: Electronic Notification and First Class Mail.

**Service by Electronic Notification**

Debtor's Counsel:    Brad J. Sadek, Esquire
                       brad@sadeklaw.com

Trustee:             William C. Miller, Trustee
                       VIA ECF/CM

**Service by First Class Mail**

Debtor:              Andrea S. Boozer
                       6453 N. 17th Street
                       Philadelphia, PA  19126

                                    /s/Leon P. Haller
                                    PURCELL, KRUG & HALLER
                                    1719 North Front Street
                                    Harrisburg, PA  17102
                                    (717) 234-4178
                                    ID #15700

Date: 10/21/2020