```
4081-37P                                                                    10/18/22
```

```
SHAWN SLOAN                              5451
ANDREA BOOZER
7090 ARBOR PKWY APT 1408
DOUGLASVILLE         GA 30135-1582
```

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT HISTORY

THIS IS ACTUAL ESCROW ACTIVITY IN YOUR ESCROW ACCOUNT FROM
10/13/21 THROUGH 11/30/21.

```
                ACTUAL         ACTUAL                              ACTUAL
                ESCROW         ESCROW                              ESCROW
)/YR            DEPOSIT        PAYMENTS    DESCRIPTION             BALANCE
CARTING BALANCE                                                    2,041.99-
L/21                           131.39      RBP MIP                 2,173.38-
```

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
12/01/21 THROUGH 11/30/22.
YOUR MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS
     1,096.77 OF WHICH       716.55 WAS FOR PRINCIPAL AND INTEREST
     AND        380.22 WENT INTO YOUR ESCROW ACCOUNT.

```
       PROJ   ACTUAL  PROJ                      ACTUAL  PROJ    ACTUAL
       ESCROW ESCROW  ESCROW                    ESCROW  ESCROW  ESCROW
)/YR   DEPOSIT DEPOSIT  PAYMENTS DESCRIPTION    PAYMENTS BALANCE BALANCE
'ARTING BALANCE                                          1990.67 2173.38-
/21    380.22  455.45 *  131.39 RBP MIP              *   2239.50 1717.93-
/21                             RBP MIP         131.39*  2239.50 1849.32-
/22    380.22 1123.26 *  131.39 RBP MIP              *   2488.33  726.06-
/22                             RBP MIP         131.39*  2488.33  857.45-
/22    380.22  374.42 *  131.39 RBP MIP              *   2737.16  483.03-
/22                     1498.00 HAZARD               *   1239.16  483.03-
/22                             RBP MIP         131.39*  1239.16  614.42-
/22                             CITY TAX       1487.99*  1239.16 2102.41-
/22    380.22            131.39 RBP MIP         131.39   1487.99 2233.80-
```

# EXHIBIT A

```
'4081-37P                                                                    10/18/22
```

| O/YR | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| 3/22 | | | 1487.99 | CITY TAX | | .00 | 2233.80- |
| 4/22 | 380.22 | | 131.39 | RBP NIP | | 248.83 | 2233.80- |
| 4/22 | | | | RBP NIP | 128.06* | 248.83 | 2361.86- |
| 4/22 | | | | HAZARD | 1466.00* | 248.83 | 3827.86- |
| 5/22 | 380.22 | | 131.39 | RBP NIP | | 497.66 | 3827.86- |
| 5/22 | | | | RBP NIP | 128.06* | 497.66 | 3955.92- |
| 5/22 | 380.22 | 374.42 * | 131.39 | RBP NIP | | 746.49 | 3581.50- |
| 5/22 | | | | RBP NIP | 128.06* | 746.49 | 3709.56- |
| 7/22 | 380.22 | * | 131.39 | RBP NIP | | 995.32 | 3709.56- |
| 7/22 | | | | RBP NIP | 128.06* | 995.32 | 3837.62- |
| 3/22 | 380.22 | 374.42 * | 131.39 | RBP NIP | | 1244.15 | 3463.20- |
| 3/22 | | | | RBP NIP | 128.06* | 1244.15 | 3591.26- |
| 3/22 | 380.22 | | 131.39 | RBP NIP | * | 1492.98 | 3591.26- |
| 3/22 | | | | RBP NIP | 128.06* | 1492.98 | 3719.32- |
| )/22 | 380.22 | 6428.94 *Y | 131.39 | RBP NIP | *Y | 1741.81 | 2709.62 |
| )/22 | | | | RBP NIP | 128.06* | 1741.81 | 2581.56 |
| L/22 | 380.22 | 380.22 Y | 131.39 | RBP NIP | 128.06*Y | 1990.64 | 2833.72 |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
MADE DURING THIS PERIOD EQUALING        4,562.67. UNDER FEDERAL LAW,
YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED        497.66
(NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
BALANCE SHOULD NOT HAVE EXCEEDED              .00.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

```
'4081-37P                                                                         10/18/22




                              ACCOUNT PROJECTION

         MORTGAGE INS              1,536.72
         HAZARD INS                1,466.00
         CITY TAX                  1,487.99

         ANNUAL DISBURSEMENTS :    4,490.71
              4,490.71 / 12 =        374.23 ESCROW PAYMENT


         PAYMENTS      PAYMENTS                     CURRENT BAL   REQUIRED BAL
  D/YR   TO           FROM         DESCRIPTION      PROJECTION    PROJECTION
  ALANCE AS OF 11/30/22                              2,833.72      1,969.31
  2/22   374.23        128.06      RBP MIP           3,079.89      2,215.48
  1/23   374.23        128.06      RBP MIP           3,326.06      2,461.65
  2/23   374.23        128.06      RBP MIP           3,572.23      2,707.82
  2/23                1,466.00     HAZARD            2,106.23      1,241.82
  3/23   374.23        128.06      RBP MIP           2,352.40      1,487.99
  3/23                1,487.99     CITY TAX            864.41           .00
  1/23   374.23        128.06      RBP MIP           1,110.58        246.17
  3/23   374.23        128.06      RBP MIP           1,356.75        492.34
  5/23   374.23        128.06      RBP MIP           1,602.92        738.51
  7/23   374.23        128.06      RBP MIP           1,849.09        984.68
  3/23   374.23        128.06      RBP MIP           2,095.26      1,230.85
  )/23   374.23        128.06      RBP MIP           2,341.43      1,477.02
  )/23   374.23        128.06      RBP MIP           2,587.60      1,723.19
  723    374.23        128.06      RBP MIP           2,833.77      1,969.36


     THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS      2,833.72 . YOUR
     STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE    1,969.31 .

     THIS MEANS YOU HAVE A SURPLUS OF       864.41.   THIS SURPLUS MUST BE
     RETURNED TO YOU UNLESS IT IS LESS THAN $50, IN WHICH CASE WE HAVE THE
     ADDITIONAL OPTION OF KEEPING IT AND LOWERING YOUR PAYMENTS ACCORDINGLY.
     DUE TO THE DELINQUENT STATUS OF YOUR ACCOUNT, WE ARE HOLDING THE
     SURPLUS.
```

'4081-37P                                                                        10/18/22

```
YOUR MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
     1,090.78 OF WHICH       716.55 WILL BE FOR PRINCIPAL AND
INTEREST AND       374.23 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
     PRINCIPAL AND INTEREST            716.55
     ESCROW PAYMENT                    374.23

NEW PAYMENT EFFECTIVE 12/01/22       1,090.78

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.
```