**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Andrea S. Boozer | : CASE NO.   19-14372-ELF |
| Debtor(s) | : |
| | : CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | : |
| Movant | : |
| Vs | : |
| Andrea S. Boozer And Kenneth E. West, Trustee | : |
| Respondents | : |

## CERTIFICATE OF SERVICE

I, Leon P. Haller, attorney for Movant, certify under penalty of perjury that on November 03, 2022 I served or caused to be served the Notice of Mortgage Payment Change, Exhibit A and Certificate of Service on the parties at the addressed show below or on the attached list. The types of service made on the parties were: Electronic Notification and First-Class Mail.

**Service by Electronic Notification**

Debtor's Counsel:   Brad J. Sadek
                    brad@sadeklaw.com

Trustee:            Kenneth E. West
                    VIA ECF / CM

**Service by First Class Mail**
Debtor(s):          Andrea S. Boozer
                    6453 N. 17th Street
                    Philadelphia, PA 19126


s/Leon P. Haller
PURCELL, KRUG & HALLER
1719 North Front Street
Harrisburg, PA   17102
(717) 234-4178
ID #15700